IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-483-GCM**

| | | |
|---|---|---|
| DIAGNOSTIC DEVICES, INC., | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| CON-WAY FREIGHT, INC., | ) | |
| Defendant. | ) | |

THIS MATTER is before the court on its own motion. The Parties filed their Certification and Report of Initial Attorneys' Conference [doc. 4] on January 4, 2008. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, January 23, 2008, at 10:30 a.m.**

IT IS SO ORDERED.

Signed: January 4, 2008

Graham C. Mullen
United States District Judge